**FILED**

April 19, 2012

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br>v. )<br><br>RAECHEL SIMONE OCTAVIA DAVIS, )<br><br>Defendant. ) | Case No. 2:12MJ00103-GGH-3<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  RAECHEL SIMONE OCTAVIA DAVIS ,

Case No.  2:12MJ00103-GGH-3 , Charge  21USC § 841(a)(1), 846 , from custody subject to the

conditions contained in the attached "Notice to Defendant Being Released" and for the following

reasons:

＿    Release on Personal Recognizance

＿    Bail Posted in the Sum of $＿＿＿＿＿＿

＿    Unsecured Appearance Bond

＿    Appearance Bond with 10% Deposit

＿    Appearance Bond with Surety

＿    Corporate Surety Bail Bond

✔    (Other)        Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the

attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  April 19, 2012   at  2:00 pm  .

By    /s/ Gregory G. Hollows
Gregory G. Hollows
United States Magistrate Judge

Copy 5 - Court